JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIETTE MYERS,<br><br>        Plaintiffs,<br><br>   v.<br><br>EQUIANT FINANCIAL SERVICES, INC.,<br><br>        Defendants. | Case No. CV 14-09331 DDP (FFMx)<br><br>**ORDER OF DISMISSAL** |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

THE COURT to retain jurisdiction for a period of 60 days to enforce the terms of the settlement.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: June 9, 2016

                                            DEAN D. PREGERSON<br>
                                            United States District Judge